UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                 :

OSRECOVERY, INC., et al.,                  :

                                                :

           Plaintiffs,           :

                                                :       02-CIV-8993 (LAK)

       v.                     :

                                                :

ONE GROUPE INTERNATIONAL, INC., et al.,    :      **REPLY AFFIRMATION**

                                                :      **OF ALEC SAUCHIK**

                                                :

           Defendants.        :

                                                :
-----------------------------------------------------------------------x

**ALEC SAUCHIK**, declare as follows:

    1.    I am an attorney duly admitted to practice before this Court and am a member of

the firm of Verner Simon, P.C., attorneys for defendant Parex Bank ("Parex Bank") in this

action. I submit this Affirmation in reply to Plaintiffs' Opposition to Parex Bank's Cross-Motion

to Dismiss the Second Amended Complaint.

    2.    Attached hereto as Exhibit "A" are true and correct copies of the September 25,

2003, Stipulation and Order extending Parex Bank's time to answer or otherwise move with

respect to the Second Amended Complaint, and four letters to Hon. Lewis A. Kaplan related to

same.

    3.    Attached hereto as Exhibit "B" are excerpts from Parex Bank's 2002 Annual

Report.

    4.    Attached hereto as Exhibit "C" is a printout from Parex Bank's website detailing

its correspondent banking relationships worldwide.

ALEC SAUCHIK (AS-5002)

EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

OSRECOVERY, INC., et al.,

               Plaintiffs,

      v.

ONE GROUPE INTERNATIONAL, INC., et al.,

               Defendants.

--------------------------------------------------------------- x

OCT 2 6 2003

02-CV-8993 (Kaplan, J.)

**STIPULATION AND ORDER**

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff OSRecovery, Inc. and the John Doe Plaintiffs (collectively, "Plaintiffs"), and Defendant Parex Bank, as follows:

     1.    That the time for Plaintiffs to apply to the Court for leave to amend the Second Amended Complaint for Injunctive and Other Relief (the "Second Amended Complaint"), with respect to Parex Bank, and file a Third Amended Complaint for Injunctive and Other Relief ("Application for Leave to Amend"), herein be and hereby is extended to and including October 15, 2003, notwithstanding that Defendant Parex Bank does not waive any objections to Plaintiffs' Application for Leave to Amend; and

     2.    That the time for Defendant Parex Bank to answer and/or otherwise move with respect to the Second Amended Complaint, or the Third Amended Complaint should the Court grant Plaintiffs' Application for Leave to Amend, whichever the case may be, herein be and hereby is extended to and including twenty (20) days following the Court's ruling on Plaintiffs' Application for Leave to Amend; and

     3.    That the time for Plaintiffs to oppose any pleading and/or motion filed by Defendant Parex Bank with respect to the Second Amended Complaint, or the Third Amended Complaint should the Court grant Plaintiffs' Application for Leave to Amend, whichever the case

may be, herein be and hereby is extended to and including twenty (20) days following Defendant Parex Bank's filing of any such pleading and/or motion; and

        4.    That the time for Defendant Parex Bank to reply with respect to any such pleading and/or response filed by Plaintiffs in opposition to a motion by Defendant Parex Bank with respect to the Second Amended Complaint, or the Third Amended Complaint should the Court grant Plaintiffs' Application for Leave to Amend, whichever the case may be, herein be and hereby is extended to and including twenty (20) days following Plaintiffs' filing of any such opposition.

Dated: New York, New York
       September 25, 2003

LeBoeuf, Lamb, Greene & MacRae, L.L.P.

By: _____
    Wayne C. Matus (WM 5642)
    125 West 55th Street
    New York, NY 10019
    (212) 424-8000

Attorneys for Plaintiffs

Verner Simon, P.C.

By: _____
    Paul Verner (PV 0274)
    The Herald Square Building
    1350 Broadway
    New York, NY 10118
    (212) 502-5500

Attorneys for Defendant Parex Bank

**SO ORDERED:**

_____
Hon. Lewis A. Kaplan

# LeBoeuf, Lamb, Greene & MacRae
L.L.P.
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEW YORK
WASHINGTON, D.C.
ALBANY
BOSTON
DENVER
HARRISBURG
HARTFORD
HOUSTON
JACKSONVILLE
LOS ANGELES
NEWARK
PITTSBURGH
SALT LAKE CITY
SAN FRANCISCO

125 WEST 55TH STREET
NEW YORK, NY   10019-5389
(212) 424-8000
FACSIMILE: (212) 424-8500
E-MAIL ADDRESS: JOHN.MANCINI@LLGM.COM
WRITER'S DIRECT FACSIMILE: (212) 649-9440

LONDON
(A LONDON-BASED
MULTINATIONAL PARTNERSHIP)
PARIS
BRUSSELS
JOHANNESBURG
(PTY) LTD.
MOSCOW
RIYADH
(AFFILIATED OFFICE)
TASHKENT
BISHKEK
ALMATY
BEIJING

November 20, 2003

**BY FEDERAL EXPRESS**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   *OSRecovery, Inc., et al. v. OneGroupe International, Inc., et al.*
(02 CV 8993) (LAK)

Dear Judge Kaplan:

        We represent Plaintiffs OSRecovery, Inc. and the John Doe Plaintiffs (collectively, "Plaintiffs") in the above-referenced action.  We write with reference to Defendant Parex Bank's Cross-Motion to Dismiss the Second Amended Complaint for Injunctive and Other Relief Against Parex Bank, dated November 10, 2003 ("Cross-Motion to Dismiss").  Defendant Parex Bank's Cross-Motion to Dismiss is contrary to the stipulated dealings of the parties, and is wholly inconsistent with judicial economy.[1]  Accordingly, Plaintiffs respectfully request that the Cross-Motion to Dismiss be stricken or, in the alternative, held in abeyance pending the Court's decision on Plaintiffs' Motion for Leave to Amend the Second Amended Complaint, dated October 15, 2003 ("Motion for Leave to Amend").

        Parex Bank's Cross-Motion to Dismiss betrays its stated intent surrounding the parties' stipulated pleading schedules: to put Parex Bank's strongest challenge forward against Plaintiffs' strongest pleading.  *See* Affidavit of A. John P. Mancini in Support of Plaintiffs' Motion for Leave to Amend the Second Amended Complaint, dated October 15, 2003 ("Mancini

---

[1] Plaintiffs hereby expressly reserve their right to challenge the substantive arguments made by Parex Bank in its Cross-Motion to Dismiss.  Plaintiffs, likewise, reserve their right to pursue remedies available, *inter alia*, under Rule 11 of the Federal Rules of Civil Procedure, with respect to the frivolous nature of that part of the Cross-Motion to Dismiss that argues this Court lacks *in personam* jurisdiction over Parex Bank.

Honorable Lewis A. Kaplan
November 20, 2003
Page 2

Affid."), ¶ 5. Plaintiffs and Parex Bank stipulated that, in the interests of preserving the Court's and the parties' resources, Parex Bank would challenge the applicable pleading after the Court's anticipated ruling on Plaintiffs' Motion for Leave to Amend.[2] *See* Stipulation and Order, so ordered September 30, 2003, annexed hereto at Attachment 1; *see also* Mancini Affid. at Exhibits B and C. Instead, Parex Bank interposed its Cross-Motion to Dismiss against a pleading that it knew could be superceded in a matter of days.

Simply put, Parex Bank's Cross-Motion to Dismiss is premature and an affront to judicial economy. Parex Bank had abundant notice of Plaintiffs' intention to file for leave to amend, and waited nearly three weeks after Plaintiffs' Motion for Leave to Amend was filed to interpose its Cross-Motion to Dismiss – to say nothing of the many months that have passed since Parex Bank was served with the Second Amended Complaint. For Parex Bank to seek dismissal of the Second Amended Complaint now is wholly inconsistent with judicial economy and merely serves to tax unnecessarily the Court's and the parties' resources, and as such, it would be unjust to require Plaintiffs to respond to the Cross-Motion to Dismiss at this time. *See Banco de Desarrollo Agropecuario, S.A. v. Gibbs,* 116 F.R.D. 548, 548 (S.D.N.Y. 1987) ("[i]n the interests of fairness, efficiency and judicial economy, the Court determined to hold the motion to dismiss in abeyance pending the outcome of the instant motion [to amend]"); *see also Robinson v. Goord,* No. 9:01-CV-1934 (DNH/GLS); 2003 U.S. Dist. LEXIS 3457, *4 (N.D.N.Y. March 11, 2003) ("in an effort to promote justice and judicial economy, this court recommends denying the defendants' motion to dismiss since it seeks to dismiss a complaint which has now been superceded").

Accordingly, Plaintiffs respectfully request that the Court enter an Order (i) striking Parex Bank's Cross-Motion to Dismiss; or (ii) in the alternative, holding Parex Bank's Cross-Motion to Dismiss in abeyance pending the Court's decision on Plaintiffs' Motion for Leave to Amend. *See Greenwald v. Orb Communications & Marketing, Inc.,* No. 00 Civ. 1939 (LTS); 2003 U.S. Dist. LEXIS 2792, *7 (S.D.N.Y. Feb. 26, 2003) ("Defendants' motion to dismiss is denied as moot, without prejudice to renewal in relation to the amended complaint").

Respectfully submitted,

/s/ A John P. Mancini

A. John P. Mancini

Attachment

cc:  Paul W. Verner, Esq. (By facsimile)
     Chaim A. Levin, Esq. (By facsimile)
     Lawrence W. Newman, Esq. (By facsimile)
     Edward F. Westfield, Esq. (By facsimile)

---

[2] This understanding was reached following months of extensions granted by Plaintiffs to Parex Bank of its deadline to respond to the complaint, in order to foster and advance settlement negotiations. During that time, Plaintiffs purposefully did not seek leave to amend, to the knowledge of Parex Bank, in aid of those settlement negotiations.

# VERNER SIMON, P.C.

Irvin F. Simon (Retired)

THE HERALD SQUARE BUILDING
1350 BROADWAY, NEW YORK, NEW YORK 10018
TELEPHONE: (212) 502-5500  FACSIMILE: (212) 502-5400

PAUL W. VERNER
EXT. 230
pwverner@vernersimon.com

111 DUNNELL ROAD, MAPLEWOOD, NEW JERSEY 07040
TELEPHONE: (973) 761-8300  FACSIMILE: (973) 761-0800

REPLY TO NEW YORK OFFICE

November 20, 2003

**BY FEDERAL EXPRESS**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Rm. 1310
New York, New York 10007

Re:   OSRecovery, Inc., et al., v. One Groupe International, Inc., et al.
(02-CV-8993) (LAK)

Dear Judge Kaplan,

We represent Defendant Parex Bank in the above-referenced action.   This letter responds to OSRecovery's counsel's request that Parex Bank's Cross-Motion to Dismiss the Second Amended Complaint be stayed or held "in abeyance" while OSRecovery's Motion for Leave to Amend is pending.

In only two months that we have been counsel to Parex, one thing is clear to us—Plaintiffs' counsel threatens or invokes Rule 11 sanctions at every turn—even when clearly unwarranted. This tactic, which is contrary to my previous experience with the law firm of LeBoeuf, Lamb, Greene & MacRae, LLP, is simply misplaced, oppressive and /or designed to coerce.  We hope that the Court agrees that Plaintiffs' counsel should spend more time addressing the legal and factual arguments on their merits rather than abusively threatening sanctions through obscure footnotes.   We reaffirm our position that the pleadings in this action, which prior to Parex's Cross-Motion to dismiss, have been amended three times, are clearly subject to dismissal based upon, *inter alia*, lack of personal jurisdiction.

We agree that the Cross-Motion to Dismiss should be the second motion to be heard, following a hearing on the Motion for Leave to Amend.  The arguments on both motions, particularly as to futility, are overlapping and judicial economy actually warrants a single oral argument. Therefore, the Court should not strike or "hold in abeyance" the Cross-Motion to Dismiss.  Logically, if the Court

VERNER SIMON, P.C.

Honorable Lewis A. Kaplan
November 20, 2003
Page 2 of 2

immediately agrees that the Motion for Leave to Amend should be denied due to its obvious futility, we expect it would turn its attention to the Cross-Motion to Dismiss the extant Complaint.[1]

Plaintiffs' counsel's grievance that the Cross-Motion to Dismiss was filed contrary to the stipulated intent of the parties is also misplaced.   At no time did Parex waive its right to move against the existing pleadings in this case.  The parties' previous stipulations extending Parex's time to answer or move against the pleadings were based, in part, on Plaintiffs' representations that they were in the process of conducting investigations into Parex's role (if any) into the alleged fraud.  Having spent ten months since their last amendment, Plaintiffs were only able to amend their pleadings again in a few insignificant respects.  The latest proposed amendment relies upon misstatements of facts as fully explained in Parex's opposition to the Motion for Leave to Amend.  Despite being put on notice that the proposed amendments were futile, Plaintiffs proceeded to amend their Second Amended Complaint anyway.  Moreover, even if the allegations against Parex in the Third Amended Complaint were true, which they are not, the Third Amended Complaint still falls woefully short of establishing *prima facie* support for exercising personal jurisdiction over Parex in this district, and does nothing to cure the glaring legal deficiencies of the claims against Parex in the Second Amended Complaint.

Therefore, Parex respectfully requests that the Court deny Plaintiff's request to strike Parex's Cross-Motion to Dismiss or to hold it "in abeyance". While briefing might be extended, a single hearing and argument is simply the best manner of handling the motions.

We appreciate the Court's consideration.

Very truly yours,
VERNER SIMON, P.C.

PAUL W. VERNER (PV-0274)

cc:    A. John P. Mancini, Esq. (By facsimile)
Lawrence W. Newman, Esq. (By facsimile)
Edward F. Westfield, Esq. (By facsimile)
Chaim A. Levin, Esq. (By facsimile)

---

[1] It would have been more prudent for the Plaintiff's counsel to telephone my office with a simple request to set up a sequenced briefing schedule on the Cross-Motion to Dismiss before addressing this Court and threatening sanctions motions.

# LeBoeuf, Lamb, Greene & MacRae

L.L.P.

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEW YORK
WASHINGTON, DC.
ALBANY
BOSTON
DENVER
HARRISBURG
HARTFORD
HOUSTON
JACKSONVILLE
LOS ANGELES
NEWARK
PITTSBURGH
SALT LAKE CITY
SAN FRANCISCO

125 WEST 55TH STREET

NEW YORK, NY 10019-5389

(212) 424-8000

FACSIMILE: (212) 424-8500

E-MAIL ADDRESS: JOHN.MANCINI@LLGM.COM

WRITER'S DIRECT FACSIMILE: (212) 649-9440

LONDON
(A LONDON-BASED
MULTINATIONAL PARTNERSHIP)
PARIS
BRUSSELS
JOHANNESBURG
(PTY) LTD.
MOSCOW
RIYADH
(AFFILIATED OFFICE)
TASHKENT
BISHKEK
ALMATY
BEIJING

November 24, 2003

**BY HAND**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:  *OSRecovery, Inc., et al. v. OneGroupe International, Inc., et al.*
(02 CV 8992) (LAK)

Dear Judge Kaplan:

As Your Honor is aware, we represent Plaintiffs OSRecovery, Inc. and the John Doe Plaintiffs (collectively, "Plaintiffs") in the above referenced matter. We write in response to counsel for Parex Bank's letter to Your Honor, dated November 20, 2003.

First, Plaintiffs do not contend that Parex Bank has waived its right to file a Motion to Dismiss the Second Amended Complaint. Waiver is not the issue. The issue is one of breach. By filing its Motion to Dismiss in the matter that it did, Parex Bank breached the terms of the Stipulation and Order. The terms of the Stipulation and Order are clear, Parex Bank would have the opportunity to challenge the applicable pleading <u>after</u> the Court's decision on Plaintiffs' Motion for Leave to Amend. *See* Stipulation and Order, so ordered on September 30, 2003.

Second, it would be a waste of the Court's and the parties' resources to have extensive briefing and a hearing on a motion to dismiss a complaint that potentially will be superseded if the Court grants Plaintiffs' Motion for Leave to Amend. The timing of Parex Bank's motion not only breaches the parties' stipulation, but also serves to cause Plaintiffs to expend monies to defend a motion that may become moot and waste judicial resources. The Court should not tolerate such egregious conduct, and accordingly, we respectfully request that

Honorable Lewis A. Kaplan
November 24, 2003
Page 2

the Court either strike Parex Bank's motion, or hold it in abeyance pending the Court's decision on Plaintiffs' Motion.

      Finally, Parex Bank's motion insofar as it seeks dismissal of Plaintiffs' complaint based on lack of personal jurisdiction is sanctionable because: (1) Parex Bank was a plaintiff in a New York action and requested relief; (2) Parex Bank engages in significant banking activity in New York through its three corresponding banks; (3) Parex Bank does business in New York through its website; and (4) Parex Bank has hired a New York attorney who acts as its agent in New York. The facts relevant to this issue will be presented in detail at an appropriate time, however, we thought it necessary to inform the Court the reasons why it is our position that Parex Bank's motion based on lack of personal jurisdiction is both frivolous and sanctionable.

      Thank you for Your Honor's attention to this matter.

                Respectfully submitted,

                A. John P. Mancini

cc:  Paul W. Verner, Esq. (By facsimile)
      Chaim A. Levin, Esq. (By facsimile)
      Lawrence W. Newman, Esq. (By facsimile)
      Edward F. Westfield, Esq. (By facsimile)

# VERNER SIMON, P.C.

Irwin F. Simon (Retired)

THE HERALD SQUARE BUILDING
1350 BROADWAY, NEW YORK, NEW YORK 10018
TELEPHONE: (212) 502-5500  FACSIMILE: (212) 502-5400

PAUL W. VERNER
pwverner@vernersimon.com

111 DUNNELL ROAD, MAPLEWOOD, NEW JERSEY 07040
TELEPHONE: (973) 761-8300  FACSIMILE: (973) 761-0800

REPLY TO NEW YORK OFFICE

November 24, 2003

**BY HAND**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Rm. 1310
New York, New York 10007

Re:    OSRecovery, Inc., et al., v. One Groupe International, Inc., et al.
(02-CV-8993) (LAK)

Dear Judge Kaplan:

This is our final short reply to Plaintiffs' request to strike Parex Bank's Cross-Motion to Dismiss.

There is no breach of Stipulations by Parex Bank. The subject Stipulations (copies attached) merely established Parex Bank's outside time in which to move to dismiss the Second Amended Complaint or a Third Amended Complaint *if* leave to so amend was granted to Plaintiffs by this Court, which it should not be. There is no prohibition against Parex Bank's filing its Motion to Dismiss early, and the stipulation affords ample time for opposition thereto. If additional time is required, Plaintiffs need merely ask for an extension.

In opposing the Plaintiff's most recent request for leave to amend pleadings, Parex Bank has argued futility in a short brief which specifically referenced and incorporated its Cross-Motion's Memorandum of Law seeking dismissal. In short, the futility of the proposed Third Amended Complaint is inextricably intertwined with those reasons why the Second Amended Complaint (and any offspring) currently fails to state a cause of action against Parex Bank.

We doubt that Plaintiffs' counsel will muster a cogent response to the following excerpt from the opposition Brief without the Cross-Motion being on the docket, even if it is only to be determined after a denial of the Plaintiffs' Motion for Leave to Amend:

This Court should deny Plaintiffs leave to amend the third amended complaint because of the futility of the amendments to cure the deficiencies of the causes of action lodged against Parex Bank. As more fully explained in the attached Memorandum of Law in

**VERNER SIMON, P.C.**

Honorable Lewis A. Kaplan
November 24, 2003
Page 2 of 2

Support of Parex Bank's Cross-Motion to Dismiss, which Parex Bank intends to file with this Court shortly, all counts against Parex Bank are subject to dismissal. *The proposed amendments will not cure the deficiencies in the pleadings heretofore filed.*

Opposition Brief at p. 7 (emphasis added)

Finally, we suppose that Parex Bank could have addressed each reason for dismissal (futility) in its Opposition to the Plaintiffs' Motion for Leave to Amend, however, that truly would be a waste of judicial resources as it would require the Court and counsel to brief the same issues twice. Plaintiffs' counsel is not really concerned about judicial resources but simply seeks to strip from your docket the meat of Parex's argument against the Plaintiff's proposed Third Amended Complaint.

Plaintiffs' request to strike is really an effort to avoid the merits on the motions. This request should be denied for the reasons set forth above and because Plaintiffs' counsel has already replied in short form to Parex's Cross-Motion to Dismiss on the issue of personal jurisdiction. *See* Plaintiffs' letter today, last paragraph. There again, Plaintiffs' attorneys throw down the gauntlet of "sanctions" when they do not follow proper procedure, and, more importantly, are simply wrong. Thank you.

Very truly yours,
VERNER SIMON, P.C.

PAUL W. VERNER (PV-0274)

cc:    A. John P. Mancini, Esq. (By facsimile)
       Lawrence W. Newman, Esq. (By facsimile)
       Edward F. Westfield, Esq. (By facsimile)
       Chaim A. Levin, Esq. (By facsimile)

EXHIBIT "B"

## BALANCE SHEETS AND MEMORANDUM ITEMS AS AT 31 DECEMBER 2002 AND 2001

**LVL 000's**

| | Notes | 31/12/2002 Group | 31/12/2002 Bank | 31/12/2001 Group | 31/12/2001 Bank |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and deposits with the Bank of Latvia | 12 | 42,081 | 40,325 | 33,683 | 32,385 |
| Balances due from credit institutions | 13 | 158,922 | 176,244 | 70,976 | 69,783 |
| Loans and advances to non–banking customers | 14,15,16 | 359,061 | 334,945 | 270,547 | 258,843 |
| Treasury bills and other fixed income securities | 17,18 | 337,205 | 320,184 | 249,106 | 248,118 |
| Shares and other non–fixed income securities | 19 | 17,644 | 17,212 | 18,398 | 18,357 |
| Investments in subsidiaries | 20 | – | 5,320 | – | 4,014 |
| Derivatives | 30 | 957 | 948 | 917 | 917 |
| Intangible assets | 21 | 2,895 | 2,713 | 1,321 | 1,113 |
| Fixed assets | 22 | 21,579 | 16,481 | 20,332 | 16,506 |
| Prepayments and accrued income | 23 | 5,371 | 5,255 | 4,585 | 4,431 |
| Other assets | 24 | 5,999 | 3,272 | 3,854 | 2,524 |
| **Total assets** | | **951,714** | **922,899** | **673,719** | **656,991** |
| **Liabilities** | | | | | |
| Balances due to credit institutions and the Bank of Latvia | 25 | 71,953 | 67,479 | 57,162 | 59,040 |
| Deposits from the public | 26 | 796,557 | 775,704 | 549,007 | 533,465 |
| Derivatives | 30 | 1,607 | 1,432 | 549 | 547 |
| Accrued expense and deferred income | | 2,022 | 1,781 | 1,739 | 1,610 |
| Provision for liabilities and charges | 27 | 1,479 | 1,277 | 1,080 | 896 |
| Other liabilities | 28 | 5,833 | 3,533 | 5,694 | 3,065 |
| Total liabilities | | 879,451 | 851,206 | 615,231 | 598,623 |
| Minority interest | | 570 | – | 358 | – |
| **Shareholders' equity** | | | | | |
| Paid–in share capital | 29 | 50,000 | 50,000 | 30,000 | 30,000 |
| Fair value revaluation reserve | | 3,782 | 3,782 | (238) | (238) |
| Retained earnings | | 17,911 | 17,911 | 28,368 | 28,606 |
| Total shareholders' equity | | 71,693 | 71,693 | 58,130 | 58,368 |
| **Total liabilities and shareholders' equity** | | **951,714** | **922,899** | **673,719** | **656,991** |
| **Memorandum items** | | | | | |
| Contingent liabilities | 30 | 9,886 | 9,480 | 8,299 | 8,272 |
| Financial commitments | 30 | 61,961 | 60,763 | 30,189 | 30,957 |
| Foreign exchange contracts | 30 | 300,901 | 296,379 | 198,795 | 209,248 |
| Other financial instruments | 30 | 27,369 | 27,369 | 3,913 | 3,913 |
| Funds under trust management | 31 | 4,918 | 3,588 | 4,601 | 4,601 |

The financial statements on pages 35 to 78 have been approved by the Management of the Bank and signed on their behalf by:

**Valery Kargin**
President, Chairman of the Board

**Viktor Krasovitsky**
Chairman of the Council of Directors

**Gints Poišs**
Chairman of the Council

Riga, 28 February 2003

*The accompanying notes are an integral part of these financial statements.*

## STATEMENTS OF CHANGES IN SHAREHOLDERS' EQUITY
## FOR THE YEARS ENDED 31 DECEMBER 2002 AND 2001

Changes in the Bank's shareholders' equity may be specified as follows:

| LVL 000's | Paid–in share capital | Fair value revaluation reserve | Retained earnings | Total shareholders' equity |
|---|---|---|---|---|
| Balance as at 1 January 2001 | 30,000 | 121 | 17,854 | 47,975 |
| Paid out dividends | – | – | (1,000) | (1,000) |
| Fair value revaluation reserve charged to statement of income | – | (447) | – | (447) |
| Change in fair value of available for sale securities | – | 88 | – | 88 |
| Net profit for the year | – | – | 11,752 | 11,752 |
| **Balance as at 31 December 2001** | **30,000** | **(238)** | **28,606** | **58,368** |
| | | | | |
| Increase in paid–in share capital | 20,000 | – | (20,000) | – |
| Fair value revaluation reserve charged to statement of income | – | (2,750) | – | (2,750) |
| Change in fair value of available for sale securities | – | 6,770 | – | 6,770 |
| Net profit for the year | – | – | 9,305 | 9,305 |
| **Balance as at 31 December 2002** | **50,000** | **3,782** | **17,911** | **71,693** |

*The accompanying notes are an integral part of these financial statements.*

# STATEMENTS OF CASH FLOWS
# FOR THE YEARS ENDED 31 DECEMBER 2002 AND 2001

| LVL 000's | Notes | 2002 Group | 2002 Bank | 2001 Group | 2001 Bank |
|---|---|---|---|---|---|
| **Cash inflow from operating activities** | | | | | |
| Profit before taxation and minority interest | | 12,010 | 11,545 | 13,378 | 13,285 |
| Amortisation of intangible assets, depreciation of fixed assets and their write-offs | | 5,132 | 4,523 | 4,003 | 3,612 |
| Loss from sale of fixed assets | | 30 | 30 | 18 | 18 |
| Increase in provision for possible credit losses | | 5,836 | 5,455 | 2,897 | 2,638 |
| (Profit)/loss from revaluation of foreign currency positions | | (890) | (765) | 445 | 384 |
| (Profit)/loss from revaluation of long-term investments | | – | (822) | – | 1,094 |
| Increase in provision for liabilities and charges | | 110 | 91 | 38 | 12 |
| Minority interest | | 15 | – | (265) | – |
| **Increase in cash and cash equivalents before changes in assets and liabilities** | | 22,243 | 20,057 | 20,514 | 21,043 |
| (Increase)/decrease in prepayments and accrued income | | (1,082) | (1,119) | 2,104 | 2,045 |
| (Increase)/decrease in other assets and derivatives | | (1,027) | 374 | (1,657) | (1,287) |
| Increase/(decrease) in accrued expense and deferred income | | 283 | 171 | (976) | (851) |
| Increase in other liabilities and derivatives | | 1,197 | 1,353 | 1,375 | 1,678 |
| (Increase) in short-term investments | | (34,847) | (28,091) | (2,596) | (9,261) |
| (Increase)/decrease in balances due from credit institutions | | (74,020) | (91,974) | 38,027 | 36,516 |
| (Increase) in loans and advances to non-banking customers | | (92,726) | (79,924) | (54,893) | (54,381) |
| Increase/(decrease) in balances due to credit institutions | | (1,796) | (2,491) | 10,311 | 21,011 |
| Increase in deposits from the public | | 247,550 | 242,239 | 101,329 | 91,352 |
| **Increase in cash and cash equivalents from operating activities before corporate income tax** | | 65,775 | 60,595 | 113,538 | 107,865 |
| Corporate income tax | | (3,182) | (3,156) | (2,158) | (2,150) |
| **Net cash and cash equivalents from operating activities** | | **62,593** | **57,439** | **111,380** | **105,715** |
| **Cash (outflow) from investing activities** | | | | | |
| (Purchase) of intangible and fixed assets | | (7,983) | (6,128) | (9,647) | (7,294) |
| (Purchase) of equity investments in other entities and other long-term investments including investments available for sale, net | | (50,000) | (40,816) | (89,966) | (87,476) |
| **(Decrease) in cash and cash equivalents from investing activities** | | **(57,983)** | **(46,944)** | **(99,613)** | **(94,770)** |
| **Cash (outflow) from financing activities** | | | | | |
| Dividend (payment) | | – | – | (1,000) | (1,000) |
| **(Decrease) in cash and cash equivalents from financing activities** | | – | – | (1,000) | (1,000) |
| **Net cash inflow for the year** | | **4,610** | **10,495** | **10,767** | **9,945** |
| Cash and cash equivalents at the beginning of the year | 32 | 62,467 | 60,416 | 52,145 | 50,855 |
| Profit/(loss) from revaluation of foreign currency positions | | 890 | 765 | (445) | (384) |
| **Cash and cash equivalents at the end of the year** | 32 | **67,967** | **71,676** | **62,467** | **60,416** |

*The accompanying notes are an integral part of these financial statements.*

## INTEREST INCOME AND EXPENSE 

| LVL 000's | 2002 | | 2001 | |
|---|---|---|---|---|
| 2001 | Group | Bank | Group | Bank |
| **Interest income:** | | | | |
| – interest on balances due from credit institutions | 2,060 | 2,248 | 2,487 | 2,534 |
| – interest on loans and advances to non–banking customers | 22,976 | 21,108 | 24,460 | 22,722 |
| – interest on treasury bills and other fixed income securities | 15,598 | 15,080 | 14,005 | 13,793 |
| **Total interest income** | 40,634 | 38,436 | 40,952 | 39,049 |
| **Interest expense:** | | | | |
| – interest on balances due to credit institutions | (1,967) | (1,778) | (3,384) | (3,019) |
| – interest on deposits from the public | (15,377) | (14,943) | (15,956) | (15,622) |
| **Total interest expense** | (17,344) | (16,721) | (19,340) | (18,641) |
| **Net interest income** | 23,290 | 21,715 | 21,612 | 20,408 |

## COMMISSION AND FEE INCOME AND EXPENSE 

| LVL 000's | 2002 | | 2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| **Commission and fee income:** | | | | |
| – payment transfer fee | 7,655 | 7,234 | 6,474 | 6,326 |
| – transactions with payment cards | 5,948 | 5,693 | 5,009 | 4,905 |
| – review of loan applications and collateral evaluation | 1,382 | 1,263 | 933 | 831 |
| – cash disbursement/transaction commission | 1,037 | 903 | 941 | 868 |
| – service fee for account maintenance | 768 | 791 | 1,357 | 1,268 |
| – customs brokerage | 526 | – | 540 | – |
| – securities | 481 | 459 | 553 | 553 |
| – letters of credit and guarantees | 354 | 354 | 521 | 521 |
| – cash collection | 115 | 103 | 86 | 86 |
| **Total commission and fee income** | 18,266 | 16,800 | 16,414 | 15,358 |
| **Commission and fee expense:** | | | | |
| – fees related to payment card operations | (2,015) | (1,873) | (1,740) | (1,684) |
| – fees related to correspondent accounts | (1,413) | (1,402) | (962) | (934) |
| – brokerage and custodian fees | (441) | (440) | (1,388) | (1,388) |
| **Total commission and fee expense** | (3,869) | (3,715) | (4,090) | (4,006) |
| **Net commission and fee income** | 14,397 | 13,085 | 12,324 | 11,352 |

 **PROFIT ON TRADING WITH FINANCIAL INSTRUMENTS, NET**

| LVL 000's | 2002 | | 2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Profit from trading and revaluation of securities held for trading purposes | 4,939 | 4,916 | 1,922 | 1,922 |
| Profit from disposal of available for sale securities | 3,209 | 2,750 | 2,918 | 2,827 |
| Profit from foreign exchange trading and revaluation of open positions | 4,822 | 2,777 | 4,979 | 4,661 |
| Profit/(loss) from trading and revaluation of other financial instruments | (821) | (829) | 377 | 377 |
| **Profit on trading with financial instruments, net** | **12,149** | **9,614** | **10,196** | **9,787** |

 **OTHER OPERATING INCOME**

| LVL 000's | 2002 | | 2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Penalties received | 1,410 | 1,377 | 695 | 695 |
| Dividends received | 55 | 55 | 96 | 96 |
| Safety boxes rental income | 41 | 41 | 59 | 51 |
| Other income | 474 | 167 | 416 | 127 |
| **Total other operating income** | **1,980** | **1,640** | **1,266** | **969** |

 **ADMINISTRATIVE EXPENSE**

| LVL 000's | 2002 | | 2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Personnel expense | 14,781 | 12,704 | 12,010 | 10,481 |
| Travel and representation | 2,898 | 2,861 | 1,986 | 1,983 |
| Advertising, marketing and sponsorship | 2,889 | 2,761 | 2,928 | 2,865 |
| Repairs and maintenance | 2,181 | 2,059 | 2,035 | 2,001 |
| Communications (telephone, telex, mail) | 1,694 | 1,482 | 1,529 | 1,360 |
| Car maintenance | 782 | 733 | 642 | 617 |
| Rent for premises | 981 | 685 | 1,099 | 768 |
| Consulting and professional fees | 933 | 675 | 1,092 | 922 |
| Security | 321 | 267 | 299 | 254 |
| Taxes | 401 | 109 | 429 | 102 |
| Insurance | 101 | 40 | 141 | 42 |
| Other administrative expense | 672 | 486 | 818 | 439 |
| **Total administrative expense** | **28,634** | **24,862** | **25,008** | **21,834** |

## PERSONNEL EXPENSE  9

Personnel expense includes remuneration for work to the personnel and related social security contributions and other benefits costs. The President and the Chairman of the Council of Directors of the Bank have not received any remuneration in respect to their employment.

| LVL 000's | 2002 | | 2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Remuneration for work | 12,054 | 10,392 | 9,749 | 8,567 |
| Social security contributions | 2,727 | 2,312 | 2,261 | 1,914 |
| **Total personnel expense** | **14,781** | **12,704** | **12,010** | **10,481** |

Members of the Council and Board do not receive any remuneration in connection with their work in the Council and Board, respectively. The total remuneration paid by the Bank in respect of other positions held by the above individuals with the Bank amounted to LVL 71 thousand for the year ended 31 December 2002.

Personnel expense has been presented in these financial statements within administrative expense.

During the year ended 31 December 2002, the average number of personnel employed by the Bank and the Group was 1,471 (1,285) and 1,785 (1,574), respectively.

## PROVISION EXPENSE FOR POSSIBLE CREDIT LOSSES AND RELEASE OF PREVIOUSLY ESTABLISHED PROVISION    10

An analysis of the change in provision for possible credit losses is presented as follows:

| LVL 000's | 2002 | | 2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Specific provision at the beginning of the year | 11,448 | 11,003 | 10,338 | 9,732 |
| General provision at the beginning of the year | 2,215 | 2,175 | 2,340 | 2,293 |
| **Total provision at the beginning of the year** | **13,663** | **13,178** | **12,678** | **12,025** |
| Specific provision charged to statement of income | 6,587 | 5,920 | 5,280 | 4,965 |
| General provision charged to statement of income | 427 | 427 | 223 | 215 |
| **Total provision expense for possible credit losses** | **7,014** | **6,347** | **5,503** | **5,180** |
| Release of previously established specific provision | (1,030) | (563) | (2,425) | (2,374) |
| Release of previously established general provision | (64) | (64) | (348) | (333) |
| **Total release of previously established provision** | **(1,094)** | **(627)** | **(2,773)** | **(2,707)** |
| **Provision charged to the statement of income, net** | **5,920** | **5,720** | **2,730** | **2,473** |
| Change of specific provision due to write-offs, net | (248) | (505) | (1,912) | (1,485) |
| Increase/(decrease) in specific provision due to currency fluctuations | (84) | (265) | 167 | 165 |
| Specific provision at the end of the year | 16,659 | 15,590 | 11,448 | 11,003 |
| General provision at the end of the year | 2,592 | 2,538 | 2,215 | 2,175 |
| **Provision for possible credit losses at the end of the year** | **19,251** | **18,128** | **13,663** | **13,178** |

The following general provision rates have been adopted by the Management in respect of the Bank's and Group's non–risk free assets as at 31 December 2002 and 2001:

| | |
|---|---|
| Due from credit institutions | 1.00% |
| Loans and advances to non–banking customers | 1.00% |

 **PROVISION EXPENSE FOR POSSIBLE CREDIT LOSSES AND RELEASE OF PREVIOUSLY ESTABLISHED PROVISION**

The above general provision has not been applied to balances due from credit institutions registered in the OECD countries and interbank balances secured by Latvian government fixed income securities or deposits placed with the Group, as well as short–term money market balances.

The above general provision has not been applied to loans and advances to municipalities and companies owned by municipalities, as well as loans and advances to related parties.

The following table provides a specification of the provision for possible credit losses between the respective assets and issued guarantees:

| LVL 000's | 31/12/2002 | | | | 31/12/2001 | | | |
|---|---|---|---|---|---|---|---|---|
| | Group | | Bank | | Group | | Bank | |
| | Specific provision | General provision | Specific provision | General provision | Specific provision | General provision | Specific provision | General provision |
| Balances due from credit institutions | 2,222 | 102 | 2,222 | 102 | 2,395 | 166 | 2,395 | 166 |
| Loans and advances to non–banking customers | 10,779 | 2,469 | 9,711 | 2,415 | 7,256 | 2,028 | 6,821 | 1,988 |
| Treasury bills and other fixed income securities | 2,466 | – | 2,466 | – | 944 | – | 944 | – |
| Accrued interest income | 1,126 | – | 1,125 | – | 830 | – | 830 | – |
| Other assets | 66 | – | 66 | – | 23 | – | 13 | – |
| Guarantees | – | 21 | – | 21 | – | 21 | – | 21 |
| | **16,659** | **2,592** | **15,590** | **2,538** | **11,448** | **2,215** | **11,003** | **2,175** |

 **TAXATION**

According to Latvian tax legislation relating to foreign investment, the Bank was eligible for a 50% tax holiday for five years starting from 1 January 1997, and was accordingly subject to 12.5% corporate income tax on taxable income until 31 December 2001. The year ended 31 December 2001 was the last taxation year when the tax holiday was applied.

Corporate income tax expense comprises the following items:

| LVL 000's | 2002 | | 2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Provision for corporate income tax for the year | 1,981 | 1,950 | 1,379 | 1,365 |
| Increase in deferred corporate income tax | 289 | 290 | 297 | 273 |
| Prior year adjustment | – | – | (105) | (105) |
| **Total corporate income tax expense** | **2,270** | **2,240** | **1,571** | **1,533** |

The change in deferred corporate income tax mainly relates to the excess of tax depreciation over accounting depreciation and changes in the applied corporate income tax rate.

**TAXATION 11** 

The reconciliation of the Bank's pre–tax profit for the year to the provision for corporate income tax for the year may be specified as follows:

| LVL 000's | 2002 | 2001 |
|---|---|---|
| | Bank | Bank |
| Profit before corporate income tax | 11,545 | 13,285 |
| (Excess) of tax depreciation over accounting depreciation | (852) | (1,817) |
| Non–deductible expense and (non–taxable income), net | (34) | 2,063 |
| **Taxable profit for the year** | **10,659** | **13,531** |
| Corporate income tax (at standard rate 2002: 22%, 2001: 25%) | 2,345 | 3,383 |
| Tax reducers (donations) | (395) | (653) |
| 50% tax holiday | – | (1,365) |
| **Provision for corporate income tax for the year** | **1,950** | **1,365** |

The accumulated temporary taxation differences can be specified as follows:

| LVL 000's | 2002 | 2001 |
|---|---|---|
| | Bank | Bank |
| Accumulated excess of tax depreciation over accounting depreciation | 7,356 | 6,123 |
| General provisions for possible credit losses | (2,538) | (2,175) |
| Vacation reserve | (527) | (436) |
| **Total temporary differences subject to deferred tax** | **4,291** | **3,512** |
| **Total provision for deferred corporate income tax** | **729** | **439** |

The movements in tax accounts of the Bank during 2002 can be specified as follows:

| LVL 000's | Balance as at 31/12/2001 | Calculated in 2002 | Paid in 2002 | Balance as at 31/12/2002 |
|---|---|---|---|---|
| Corporate income tax | 281 | (1,950) | 2,928 | 1,259 |
| Social security contributions | – | (3,146) | 3,146 | – |
| Personal income tax | 3 | (2,139) | 2,139 | 3 |
| VAT | (11) | (367) | 361 | (17) |
| Real estate tax | 16 | (109) | 100 | 7 |
| **Total tax receivable/(payable)** | **289** | **(7,711)** | **8,674** | **1,252** |

 CASH AND DEPOSITS WITH THE BANK OF LATVIA

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | **Group** | Bank | **Group** | Bank |
| Cash | 23,726 | 21,970 | 28,085 | 26,787 |
| Deposits with the Bank of Latvia | 18,355 | 18,355 | 5,598 | 5,598 |
| **Total cash and deposits with the Bank of Latvia** | **42,081** | **40,325** | **33,683** | **32,385** |

Deposits with the Bank of Latvia are due on demand and are non-interest bearing.

According to the resolution of the Council of the Bank of Latvia, credit institutions should comply with the compulsory reserve requirement calculated on the basis of attracted deposits. This compulsory reserve must be exceeded by a credit institution's average monthly LVL balance on its correspondent account with the Bank of Latvia plus average monthly cash balance in LVL. In 2002, the average monthly cash balance in LVL might comprise up to 30% (2001: 40%).

During the reporting year, the Bank was in compliance with these requirements of the Bank of Latvia.

 BALANCES DUE FROM CREDIT INSTITUTIONS

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | **Group** | Bank | **Group** | Bank |
| Due from credit institutions registered in OECD countries | 112,648 | 110,925 | 42,263 | 41,648 |
| Due from credit institutions registered in Latvia | 19,974 | 19,874 | 19,411 | 19,411 |
| Due from credit institutions registered in other non-OECD countries | 28,624 | 47,769 | 11,863 | 11,285 |
| **Total gross balances due from credit institutions** | **161,246** | **178,568** | **73,537** | **72,344** |
| Less provision for possible credit losses (see Note 10) | (2,324) | (2,324) | (2,561) | (2,561) |
| **Total net balances due from credit institutions** | **158,922** | **176,244** | **70,976** | **69,783** |

As at 31 December 2002, the Bank had established correspondent relationships with 41 (35) credit institutions registered in the OECD countries, 6 (6) Latvian credit institutions and 41 (50) credit institutions incorporated in other non-OECD countries.

The Bank's balances with its subsidiary *Parex Bank* (Lithuania) accounted for 62% (50%) of the total balances due from credit institutions registered in other non-OECD countries.

## BALANCES DUE FROM CREDIT INSTITUTIONS 

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Correspondent accounts | 51,423 | 44,216 | 29,190 | 25,878 |
| Overnight deposits | 4,640 | 10,982 | 13,184 | 15,070 |
| Total demand deposits | 56,063 | 55,198 | 42,374 | 40,948 |
| **Term deposits with credit institutions:** | | | | |
| due within 1 month | 92,703 | 100,639 | 27,021 | 27,447 |
| due within 1–3 months | 2,969 | 5,995 | – | – |
| due within 3–6 months | 6,122 | 12,022 | 886 | 860 |
| due within 6–12 months | – | – | 64 | – |
| due within 1–5 years | – | 64 | – | – |
| over 5 years and undated | 3,389 | 4,650 | 3,192 | 3,089 |
| Total term deposits | 105,183 | 123,370 | 31,163 | 31,396 |
| **Total gross balances due from credit institutions** | **161,246** | **178,568** | **73,537** | **72,344** |
| Less provision for possible credit losses (see Note 10) | (2,324) | (2,324) | (2,561) | (2,561) |
| **Total net balances due from credit institutions** | **158,922** | **176,244** | **70,976** | **69,783** |

Term deposits serving as cash collateral have been classified as "over 5 years and undated".

As at 31 December 2002, the Bank had inter–bank deposits with 2 Latvian credit institutions and 5 OECD region cred-it institutions. Corresponding balances comprised 70% and 79% of total balances due from credit institutions registered in Latvia and OECD, respectively.

## LOANS AND ADVANCES TO NON–BANKING CUSTOMERS 

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Regular loans | 202,661 | 183,931 | 131,185 | 124,396 |
| Loans under reverse repurchase agreements | 5,867 | 4,840 | 5,036 | 4,815 |
| Utilised credit lines | 58,351 | 58,351 | 55,757 | 55,757 |
| **Total gross loans to non–banking customers** | **266,879** | **247,122** | **191,978** | **184,968** |
| | | | | |
| Finance leases | 66,501 | 61,019 | 67,636 | 62,467 |
| | | | | |
| Overdraft facilities | 34,702 | 34,703 | 15,983 | 15,983 |
| Debit balances on payment cards | 4,227 | 4,227 | 4,234 | 4,234 |
| **Total other loans and advances** | **38,929** | **38,930** | **20,217** | **20,217** |
| | | | | |
| **Total gross loans and advances to non–banking customers** | **372,309** | **347,071** | **279,831** | **267,652** |
| Less provision for possible credit losses (see Note 10) | (13,248) | (12,126) | (9,284) | (8,809) |
| **Total net loans and advances to non–banking customers** | **359,061** | **334,945** | **270,547** | **258,843** |

As at 31 December 2002, regular loans include balances due from investment and brokerage companies, which, by sub-stance, represent the Bank's funds placed with the above companies to secure trading with financial instruments. As at 31 December 2002 such loans amounted to LVL 6,141 thousand (2001: LVL 2,214 thousand).

As at 31 December 2002, the outstanding balance of regular loans includes also LVL 2,451 thousand (2001: LVL 1,307 thousand) due from the Bank's subsidiary acting as the Bank's broker for trading investments in shares of various enti-

 **LOANS AND ADVANCES TO NON–BANKING CUSTOMERS**

ties registered in CIS countries. As such, the balance due from the aforementioned subsidiary represents the Bank's investments in shares, however, in accordance with a specific FCMC request, it has been classified as a loan.

Loans and advances to non–banking customers include financing granted to small and medium size Latvian entities from the funds provided by the World Bank specifically for this purpose (see Note 26).

As at 31 December 2002, the Bank has also issued student loans in the total amount of LVL 4,733 thousand (2001: LVL 4,157 thousand). Student loans are issued under the initiative of the Ministry of Education of the Republic of Latvia and the State Treasury. The State Treasury has arranged the necessary funding and fully assumes all risks and rewards incident to these loans. Since the Bank only acts as an agent on behalf of the Ministry of Education and the State Treasury, the outstanding balances of the aforementioned loans and the corresponding deposits are not included in the Bank's balance sheet.

As at 31 December 2002, loans and advances totalling LVL 29,873 thousand (2001: LVL 19,693 thousand) or 9% (2001: 8%) of the Bank's total portfolio of net loans and advances to non–banking customers were classified as zero risk, as collateralised by deposits (see Notes 25 and 26).

The Latvian banking legislation requires that any credit exposure to a non–related entity may not exceed 25% of equity as defined by FCMC (see Note 33) and the total credit exposure to all related parties, except for consolidated subsidiaries, may not exceed 15% of equity as defined by FCMC. As at 31 December 2002, the Bank was in compliance with the above requirements.

The table below provides a breakdown of outstanding loans and advances to non–banking customers by maturity profile.

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
| --- | --- | --- | --- | --- |
| | **Group** | Bank | **Group** | Bank |
| Overdue | 11,188 | 10,909 | 7,601 | 7,474 |
| **Falling due within:** | | | | |
| 1 month | 60,954 | 55,961 | 35,725 | 33,264 |
| 1–3 months | 7,496 | 6,291 | 11,686 | 10,117 |
| 3–6 months | 11,957 | 9,128 | 14,904 | 12,504 |
| 6–12 months | 23,914 | 19,039 | 26,589 | 26,001 |
| 1–5 years | 105,093 | 98,679 | 96,570 | 92,636 |
| more than 5 years | 151,707 | 147,064 | 86,756 | 85,656 |
| **Total gross loans and advances to non–banking customers** | **372,309** | **347,071** | **279,831** | **267,652** |
| Less provision for possible credit losses (see Note 10) | (13,248) | (12,126) | (9,284) | (8,809) |
| **Total net loans and advances to non–banking customers** | **359,061** | **334,945** | **270,547** | **258,843** |

Currently, the Bank's information system does not provide an analysis of outstanding loans and advances to non–banking customers by their remaining maturities considering the scheduled repayments during the period of loans. Due to extensive effort required in preparation of such an analysis, the Management did not deem presentation of such analysis in these financial statements practical. Accordingly, the above table has been prepared under the assumption that all principal falls due at the final maturity date.

As at year end, the interest accrual profile of loans and advances to non–banking customers was as follows:

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
| --- | --- | --- | --- | --- |
| | **Group** | Bank | **Group** | Bank |
| Accrual basis | 361,983 | 337,213 | 273,333 | 261,539 |
| Non–accrual basis | 10,326 | 9,858 | 6,498 | 6,113 |
| **Total gross loans and advances to non–banking customers** | **372,309** | **347,071** | **279,831** | **267,652** |
| Less provision for possible credit losses (see Note 10) | (13,248) | (12,126) | (9,284) | (8,809) |
| **Total net loans and advances to non–banking customers** | **359,061** | **334,945** | **270,547** | **258,843** |

# LOANS AND ADVANCES TO NON–BANKING CUSTOMERS  14

Loans and advances by customer profile may be specified as follows:

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Government | 49 | 49 | 236 | 236 |
| Local municipalities | 2,076 | 1,901 | 14,932 | 14,347 |
| State owned enterprises | 17,213 | 11,827 | 8,910 | 6,770 |
| Municipal enterprises | 38,966 | 38,893 | 13,880 | 10,669 |
| Privately held companies | 229,640 | 216,089 | 193,148 | 190,980 |
| **Total gross loans and advances to corporate customers** | **287,944** | **268,759** | **231,106** | **223,002** |
| Public and religious institutions | 8,610 | 8,610 | 37 | 37 |
| Personnel employed by the Bank | 2,617 | 2,617 | 1,295 | 1,295 |
| Other private individuals | 73,138 | 67,085 | 47,393 | 43,318 |
| **Total gross loans and advances to non–banking customers** | **372,309** | **347,071** | **279,831** | **267,652** |
| Less provision for possible credit losses (see Note 10) | (13,248) | (12,126) | (9,284) | (8,809) |
| **Total net loans and advances to non–banking customers** | **359,061** | **334,945** | **270,547** | **258,843** |

An industry analysis of the gross portfolio of loans and advances to corporate customers before provision for possible credit losses may be specified as follows:

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Transport and communications | 87,298 | 81,207 | 56,682 | 50,951 |
| Trade | 63,487 | 56,340 | 49,603 | 45,760 |
| Electricity, gas and water supply | 33,772 | 32,175 | 11,382 | 10,822 |
| Manufacturing | 25,170 | 23,331 | 34,995 | 33,773 |
| Financial intermediation | 20,575 | 27,543 | 19,125 | 26,297 |
| Construction | 10,090 | 9,175 | 9,843 | 9,541 |
| Hotels and restaurants | 6,041 | 5,853 | 22,622 | 22,555 |
| Fishing | 2,261 | 2,261 | 2,493 | 2,478 |
| Agriculture and forestry | 1,758 | 1,552 | 1,511 | 1,470 |
| Other industries | 37,492 | 29,322 | 22,850 | 19,355 |
| **Total gross loans and advances to corporate customers** | **287,944** | **268,759** | **231,106** | **223,002** |

The following table represents a geographical profile of the portfolio of loans and advances to non–banking customers analysed by the place of customers' reported residence:

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| OECD region residents | 53,311 | 52,663 | 41,932 | 41,548 |
| Latvian residents | 263,621 | 268,588 | 197,640 | 198,060 |
| Non–OECD region residents | 55,377 | 25,820 | 40,259 | 28,044 |
| **Total gross loans and advances to non–banking customers** | **372,309** | **347,071** | **279,831** | **267,652** |
| Less provision for possible credit losses (see Note 10) | (13,248) | (12,126) | (9,284) | (8,809) |
| **Total net loans and advances to non–banking customers** | **359,061** | **334,945** | **270,547** | **258,843** |

## 15 FINANCE LEASES BY TYPE OF ASSETS

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | **Group** | Bank | **Group** | Bank |
| Transport vehicles | 28,506 | 28,077 | 20,074 | 19,495 |
| Real estate | 17,188 | 15,326 | 21,398 | 21,398 |
| Manufacturing equipment | 4,390 | 3,959 | 5,032 | 4,550 |
| Equity shares | 1,482 | 1,460 | 4,743 | 4,743 |
| Other | 14,935 | 12,197 | 16,389 | 12,281 |
| **Total gross finance leases** | **66,501** | **61,019** | **67,636** | **62,467** |

In the ordinary course of business, the Bank and its subsidiaries offer their customers the possibility to finance the acquisition of equity shares by means of finance lease agreements. As such, the Bank becomes the legal owner of those shares during the period of lease. Even though the Bank is the legal owner of the entities which are being leased, the Management believe that in substance the control over the respective entities is not transferred to the Bank, and therefore such entities should not be considered as related entities to the Bank.

## 16 UNEARNED INTEREST INCOME ON FINANCE LEASES

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | **Group** | Bank | **Group** | Bank |
| Short–term unearned income | 2,703 | 2,283 | 4,613 | 4,079 |
| Long–term unearned income | 6,237 | 6,048 | 7,971 | 7,402 |
| **Total unearned interest income on finance leases** | **8,940** | **8,331** | **12,584** | **11,481** |

## 17 TREASURY BILLS AND OTHER FIXED INCOME SECURITIES

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | **Group** | Bank | **Group** | Bank |
| State Treasury bills | 4,007 | 4,007 | 100 | 100 |
| Government bonds | 89,304 | 79,635 | 55,465 | 51,340 |
| Municipality bonds | 3,306 | 3,288 | 1,112 | 1,112 |
| Credit institution bonds | 92,329 | 92,287 | 66,682 | 72,830 |
| Corporate bonds | 80,991 | 73,699 | 77,492 | 74,491 |
| Other financial institution bonds | 57,922 | 57,922 | 38,749 | 38,749 |
| Managed funds | 11,812 | 11,812 | 10,450 | 10,440 |
| **Total gross treasury bills and other fixed income securities** | **339,671** | **322,650** | **250,050** | **249,062** |
| Less provision for fixed income securities (see Note 10) | (2,466) | (2,466) | (944) | (944) |
| **Total net treasury bills and other fixed income securities** | **337,205** | **320,184** | **249,106** | **248,118** |

Managed funds represent the Group's share in certain portfolios of fixed income securities that are managed on behalf of investors by financial institutions registered in OECD countries. The Group does not possess detailed information on these investments, therefore they are not analysed by their ultimate issuer.

## TREASURY BILLS AND OTHER FIXED INCOME SECURITIES  17

The Group's investments in treasury bills and other fixed income securities are classified by listed and unlisted securities as follows:

| LVL 000's | 31/12/2002 | | | 31/12/2001 | | |
|---|---|---|---|---|---|---|
| | Listed | Unlisted | Total | Listed | Unlisted | Total |
| Latvian State Treasury bills | 4,007 | – | 4,007 | 100 | – | 100 |
| **Government bonds:** | | | | | | |
| Latvian government bonds | 17,982 | – | 17,982 | 30,465 | – | 30,465 |
| OECD government bonds | 55,062 | – | 55,062 | 14,744 | – | 14,744 |
| Non–OECD government bonds (excluding Latvia) | 15,612 | 648 | 16,260 | 10,256 | – | 10,256 |
| Total government bonds | 88,656 | 648 | 89,304 | 55,465 | – | 55,465 |
| **Municipality bonds:** | | | | | | |
| Non–OECD (excluding Latvia) | 3,299 | 7 | 3,306 | 1,099 | 13 | 1,112 |
| Total municipality bonds | 3,299 | 7 | 3,306 | 1,099 | 13 | 1,112 |
| **Credit institution bonds:** | | | | | | |
| Latvia | 1,807 | 2,378 | 4,185 | 174 | – | 174 |
| OECD | 54,069 | 28,368 | 82,437 | 36,400 | 29,826 | 66,226 |
| Non–OECD (excluding Latvia) | 5,707 | – | 5,707 | 282 | – | 282 |
| Total credit institution bonds | 61,583 | 30,746 | 92,329 | 36,856 | 29,826 | 66,682 |
| Corporate bonds (OECD and non–OECD) | 79,167 | 1,824 | 80,991 | 50,318 | 27,174 | 77,492 |
| Other financial institution bonds (OECD) | 25,976 | 31,946 | 57,922 | 15,404 | 23,345 | 38,749 |
| Managed funds | – | 11,812 | 11,812 | – | 10,450 | 10,450 |
| **Total gross treasury bills and other fixed income securities** | **262,688** | **76,983** | **339,671** | **159,242** | **90,808** | **250,050** |
| Less provision for fixed income securities (see Note 10) | (2,466) | – | (2,466) | (930) | (14) | (944) |
| **Total net treasury bills and other fixed income securities** | **260,222** | **76,983** | **337,205** | **158,312** | **90,794** | **249,106** |

 **TREASURY BILLS AND OTHER FIXED INCOME SECURITIES**

Treasury bills and other fixed income securities held by the Group as at 31 December 2002 are classified between held to maturity, available for sale and held for trading portfolio as follows:

| LVL 000's | 31/12/2002 | | | | 31/12/2001 | | | |
|---|---|---|---|---|---|---|---|---|
| | Held to maturity | Available for sale | Held for trading | Total | Held to maturity | Available for sale | Held for trading | Total |
| State Treasury bills | – | 4,007 | – | 4,007 | – | 100 | – | 100 |
| Government bonds | – | 79,218 | 10,086 | 89,304 | 157 | 54,026 | 1,282 | 55,465 |
| Municipality bonds | – | 3,281 | 25 | 3,306 | – | – | 1,112 | 1,112 |
| Credit institution bonds | 13,238 | 79,049 | 42 | 92,329 | – | 66,612 | 70 | 66,682 |
| Corporate bonds | 1,064 | 56,465 | 23,462 | 80,991 | 1,129 | 70,139 | 6,224 | 77,492 |
| Other financial institution bonds | 7,022 | 41,553 | 9,347 | 57,922 | 5,352 | 33,397 | – | 38,749 |
| Managed funds | – | – | 11,812 | 11,812 | – | – | 10,450 | 10,450 |
| **Total gross treasury bills and other fixed income securities** | **21,324** | **263,573** | **54,774** | **339,671** | **6,638** | **224,274** | **19,138** | **250,050** |

As at 31 December 2002, government bonds with the carrying value of LVL 3,002 thousand (2001: LVL 3,001 thousand) have been pledged as a security for the Bank's repo loans due to the Bank of Latvia in the amount of LVL 3,000 thousand (2001: LVL 3,000 thousand).

 **TREASURY BILLS AND OTHER FIXED INCOME SECURITIES BY MATURITY PROFILE**

The following table provides a maturity profile of the Group's treasury bills and other fixed income securities as at 31 December 2002:

| LVL 000's | Within 1 month | 1–3 months | 3–6 months | 6–12 months | 1–5 years | More than 5 years | Total portfolio |
|---|---|---|---|---|---|---|---|
| State Treasury bills | – | 1,294 | 2,713 | – | – | – | 4,007 |
| Government bonds | 417 | 11,855 | – | 4,245 | 41,270 | 31,517 | 89,304 |
| Municipality bonds | 7 | – | – | – | 3,299 | – | 3,306 |
| Credit institution bonds | 320 | 3,393 | 1,009 | 996 | 42,893 | 43,718 | 92,329 |
| Corporate bonds | – | 1,489 | – | 699 | 35,057 | 43,746 | 80,991 |
| Other financial institution bonds | 2,970 | 1,245 | 1,470 | – | 25,528 | 26,709 | 57,922 |
| Managed funds | 153 | – | – | – | 2,796 | 8,863 | 11,812 |
| **Total gross treasury bills and other fixed income securities** | **3,867** | **19,276** | **5,192** | **5,940** | **150,843** | **154,553** | **339,671** |

# SHARES AND OTHER NON–FIXED INCOME SECURITIES 

| LVL 000's | 31/12/2002 | | 31/12/2001 | |
|---|---|---|---|---|
| | Group | Bank | Group | Bank |
| Latvian entities' equity shares | 579 | 573 | 563 | 563 |
| Foreign entities' equity shares | 452 | 448 | 514 | 473 |
| Managed funds | 16,613 | 16,191 | 17,272 | 17,272 |
| Latvian privatisation certificates | – | – | 49 | 49 |
| **Total shares and other non–fixed income securities** | **17,644** | **17,212** | **18,398** | **18,357** |

The following table shows the division of the Group's investments in shares and other non–fixed income securities by listed and unlisted securities:

| LVL 000's | 31/12/2002 | | | 31/12/2001 | | |
|---|---|---|---|---|---|---|
| | Listed | Unlisted | Total | Listed | Unlisted | Total |
| **Equity shares:** | | | | | | |
| in Latvian financial institutions | – | 25 | 25 | – | 25 | 25 |
| in Latvian corporate entities | 292 | 262 | 554 | 273 | 265 | 538 |
| in OECD financial institutions | – | 4 | 4 | – | – | – |
| in OECD corporate entities | 291 | – | 291 | 29 | 300 | 329 |
| in other non–OECD credit institutions | – | – | – | 6 | – | 6 |
| in other non–OECD corporate entities | 114 | 43 | 157 | 135 | 44 | 179 |
| managed funds | – | 16,613 | 16,613 | – | 17,272 | 17,272 |
| Total equity shares | 697 | 16,947 | 17,644 | 443 | 17,906 | 18,349 |
| Latvian privatisation certificates | – | – | – | – | 49 | 49 |
| **Total shares and other non–fixed income securities** | **697** | **16,947** | **17,644** | **443** | **17,955** | **18,398** |

Due to the fact that the Group does not possess a detailed enough specification of investments under managed funds, which are managed on behalf of investors by financial institutions registered in the OECD area, such investments are not analysed by their ultimate issuer.

The following table provides the division between shares and other non–fixed income securities of the Group available for sale and held for trading purposes:

| LVL 000's | 31/12/2002 | | | 31/12/2001 | | |
|---|---|---|---|---|---|---|
| | Available for sale | Held for trading | Total | Available for sale | Held for trading | Total |
| **Equity shares:** | | | | | | |
| in Latvian financial institutions | 25 | – | 25 | 25 | – | 25 |
| in Latvian corporate entities | – | 554 | 554 | – | 538 | 538 |
| in OECD corporate entities | 16 | 279 | 295 | 12 | 317 | 329 |
| in other non–OECD corporate entities | – | 157 | 157 | – | 185 | 185 |
| managed funds | 31 | 16,582 | 16,613 | – | 17,272 | 17,272 |
| Total equity shares | 72 | 17,572 | 17,644 | 37 | 18,312 | 18,349 |
| Latvian privatisation certificates | – | – | – | – | 49 | 49 |
| **Total shares and other non–fixed income securities** | **72** | **17,572** | **17,644** | **37** | **18,361** | **18,398** |

## AUDITORS' REPORT

 **ERNST & YOUNG**

SIA Ernst & Young Baltic
11. novembra krastmala 23
Riga LV 1050
Latvia

Phone +371 7043801
Fax +371 7043802

To the shareholders of *Parex Bank*

We have audited the accompanying consolidated financial statements of *Parex Bank* and its subsidiaries (hereinafter — the Group) and the accompanying financial statements of *Parex Bank* (hereinafter — the Bank) for the year ended 31 December 2002, set out on pages 35 through 78, which comprise the balance sheet, the statements of income, changes in shareholders' equity and cash flows, and the related notes. These financial statements are the responsibility of the Bank's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with International Standards on Auditing issued by the International Federation of Accountants. Those Standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above give a true and fair view of the financial position of the Group and the Bank as of 31 December 2002, and of the results of their operations and their cash flows for the year then ended in accordance with International Financial Reporting Standards issued by the International Accounting Standards Board.

Ernst & Young Baltic SIA
License No. 17

Neil Jennings
Personal ID code: 240165–14652
Member of the Board

Gundars Ruža
Personal ID code: 310375–10517
Latvian Sworn Auditor
Certificate No. 137

Riga,
28 February 2003

## PAREX BANK BRANCHES

**Parex Bank** head office
Smilšu iela 3, Rīga
phone 7010000
SWIFT PARXLV 22
info@parex.lv
www.parex.lv

| Branch **Laimdota** | K. Barona iela 20/22 | Rīga | phone 7010050 |
| Branch **Valdemārs** | K. Valdemāra iela 8 | Rīga | phone 7778510 |
| Branch **Citadele** | K. Valdemāra iela 1b | Rīga | phone 7010040 |
| Branch **Raiņa bulvāris** | Raiņa bulvāris 1 | Rīga | phone 7778505 |
| Branch **Roma** | Kaļķu iela 28 | Rīga | phone 7212254 |
| Branch | Brīvības iela 148 | Rīga | phone 7364600 |

| | | |
|---|---|---|
| A. Bleziņa iela 1 | Daugavgrīvas iela 67 | Kokneses prospekts 18 | Purvciema iela 35 |
| A. Čaka iela 22 | Deglava iela 67 | Krasta iela 46 | Pulkveža Brieža iela 12 |
| A. Dombrovska iela 30 | Dzelzavas iela 120 | Kurzemes prospekts 132 | Saharova iela 21 |
| Airport *Rīga* | Dzirciema iela 27 | Lidoņu iela 27 | Slāvu iela 7 |
| Airport *Rīga*, custom | Elizabetes iela 101 | Lomonosova iela 1 | Stabu iela 89 |
| Audēju iela 15 | Ezera iela 22 | Maskavas iela 250 | Stacijas laukums 2 |
| Audēju iela 16 | Gaiziņa iela 4 | Maskavas iela 264 | Stopiņu iela 22 |
| Āzenes iela 5 | Gaujas iela 17 | Maskavas iela 357 | Stūrmaņu iela 29 |
| Balasta dambis 3 | Hipokrāta iela 7 | Maskavas iela 427a | Tilta iela 3 |
| Bārinu iela 10 | Jūrmalas iela 85 | Meinsila iela 19 | Valdeķu iela 10 |
| Bauskas iela 86 | K. Ulmaņa gatve 144 | Merķeļa iela 21 | Valdeķu iela 52 |
| Brīvības gatve 312 | K. Valdemāra iela 147 | Murjāņu iela 44 | Viskaļu iela 27 |
| Brīvības gatve 409 | Kleistu iela 5 | Nīcgales iela 2 | Zaķusalas krastmala 3 |
| Brīvības iela 90 | Klijānu iela 4 | Ozolciema iela 10/1 | Zolitūdes iela 34 |

| | | | | | |
|---|---|---|---|---|---|
| **Balvi** | **Brīvības iela 58** | phone 4507102 | **Krāslava** | **Brīvības iela 15** | phone 5681118 |
| **Bauska** | **Slimnīcas iela 9** | phone 3960189 | **Liepāja** | **Kūrmājas prosp. 11.** | phone 3407191 |
| | Grenctāle Border Checkpoint | | | Radio iela 16 | |
| | | | | Liepāja Free Port Wharf 46 | |
| **Cēsis** | **Raunas iela 13** | phone 4107753 | | | |
| | | | **Limbaži** | **Rīgas iela 16** | phone 4070245 |
| **Daugavpils** | **Rīgas iela 34** | phone 5407180 | | | |
| | Sakņu iela 3 | | **Ludza** | **Latgales iela 103** | phone 5707027 |
| | Valkas iela 3 | | | | |
| | Vaļņu iela 27 | | **Ogre** | **Mālkalnes prospekts 1** | phone 5071338 |
| | Višķu iela 17 | | | | |
| | | | **Rēzekne** | **Latgales iela 20** | phone 4607052 |
| **Gulbene** | **O. Kalpaka iela 62** | phone 4471001 | | Jupatovkas iela 11 | |
| | | | | Latgales iela 71 | |
| **Jelgava** | **Raiņa iela 16** | phone 3007516 | | | |
| | Raiņa iela 28 | | **Salacgrīva** | **Ostas iela 1** | phone 4071152 |
| | Pērnavas iela 41 | | | Ainaži Border Checkpoint | |
| | Uzvaras iela 13 | | | | |
| | Meitene Border Checkpoint | | **Talsi** | **Lielā iela 4** | phone 3281645 |
| | | | | | |
| **Jēkabpils** | **Draudzības aleja 9** | phone 5281923 | **Tukums** | **Pils iela 22** | phone 3107078 |
| | | | | | |
| **Jūrmala** | Jomas iela 30 | | **Valmiera** | **Diakonāta iela 6** | phone 4207186 |
| | Jomas iela 65/67 | | | | |
| | Nometņu iela 7/9 | | **Ventspils** | **Pils iela 17** | phone 3607410 |
| | Meža prospekts 36 | | | Plostu iela 7 | |
| | | | | Jūras iela 9 | |

## PAREKSS GROUP COMPANIES

| | | | | |
|---|---|---|---|---|
| **Parex Open Pension Fund** | K. Barona iela 20/22 | Rīga | phone | 371 7010754 |
| **Parex Brokerage System** | Citadeles iela 2, 314 kab. | Rīga | phone | 371 7010810 |
| **Parex Asset Management** | Smilšu iela 3 | Rīga | phone | 371 7010810 |
| **Parex Investment Society** | Smilšu iela 3 | Rīga | phone | 371 7010810 |
| **Parex Leasing (Latvia)** | Smilšu iela 5 | Rīga | phone | 371 7010890 |
| **Parex Leasing (Lithuania)** | Ukmergės g. 12 | Vilnius | phone | 370 2753887 |
| **Parex Bank (Lithuania)** | K. Kalinausko 13 | Vilnius | phone | 370 2664600 |
| **Parex Insurance Company** | K. Barona iela 20/22 | Rīga | phone | 371 7010090 |
| **Baltic Polis** | Šermukšnių 1/13-2 | Vilnius | phone | 370 2614463 |
| **Parex Kredīt** | Roosikrantsi 2 | Tallinn | phone | 372 6110245 |
| **Parex Group Representation Limited** | Berkeley Square House, Berkeley Square | London | phone | 44 207 3965581 |

## REPRESENTATIVES OFFICES

| | | | | |
|---|---|---|---|---|
| Germany | Frankfurt/Main | | phone | 49 06174 63615 |
| Sweden | Stockholm | Linnegatan 7, 1TR | phone | 46 854 567331 |
| Estonia | Tallinn | Roosikrantsi 2 | phone | 372 6110243 |
| Russia | Moscow | Sadovaya - Kudrinskaja 20-201 | phone | 7 095 7377340 |
| | St. Petersburg | Artillerijskaya 1-342 | phone | 7 812 3242323 |
| Ukraine | Kiev | Streleckaya 16-41 | phone | 38 044 2446715 |
| | Dnepropetrovsk | Mechnikova 3-1 | phone | 38 056 2320166 |
| Belarus | Minsk | F. Skorini 58 | phone | 375 17 2020960 |
| Moldova | Chisinau | Mitropolita Banulesku Bodoni 57/1-216 | phone | 373 2233856 |
| Kazakhstan | Almaty | Republic 15-524 | phone | 7 327 2639872 |
| Azerbaijan | Baku | Behbudova 18-9 | phone | 99 412 980838 |

**EXHIBIT "C"**





(search)                                                    | site m

**Parex.lv**

Latvijas klientiem

**Parex.ru**

Для клиентов из России
и стран СНГ

▸ **Bank Overview**
  ▸ Executive Team
  ▸ Financials
  ▸ Presentations
  ▸ International Recognition
  ▸ Correspondent Banks
  ▸ Locations
  ▸ Shareholders Structure
▸ **Products & Services**
▸ **Internet Banking**
▸ **Market Research**
▸ **Financial News**
▸ **Parex Group**

### Correspondent Banks

| CUR | CORRESPONDENT BANK | ACCOUNT NR | SWIF |
|---|---|---|---|
| AUD | AUSTRALIA<br>**COMMONWEALTH BANK OF AUSTRALIA,**<br>SYDNEY | 100-146701-AUD-1126-01 | CTB/ |
| CAD | CANADA<br>**ROYAL BANK OF CANADA,**<br>TORONTO | 09591-240-122-2 | ROY |
| CHF | SWITZERLAND<br>**UBS AG,**<br>ZURICH | CH04 0023 0230 0691 5905 L | UBS\ |
| CZK | CZECH REP<br>**KOMERCNI BANKA,**<br>PRAGUE | 196250060257 | KOM |
| CYP | CYPRUS<br>**CYPRUS POPULAR BANK,**<br>NICOSIA | 189-21-001253 | LIKIC |
| DKK | DENMARK<br>**DEN DANSKE BANK AS,**<br>COPENHAGEN | 3996074749 | DAB/ |
| EEK | ESTONIA<br>**HANSA-BANK,**<br>TALLINN | 227011081888 | HAB/ |
| EUR | GERMANY<br>**DEUTSCHE BANK,**<br>FRANKFURT | 9473380 10 | DEU |
|  | GERMANY<br>**COMMERZBANK,**<br>FRANKFURT | 400886772301 EUR | COB |
|  | AUSTRIA<br>**RZB BANK,**<br>VIENNA | 000-55.023.899 | RZB/ |
|  | FINLAND<br>**SVENSKA HANDELSBANKEN,**<br>HELSINKI | 313130-5910294 | HAN! |
|  | FRANCE<br>**CREDYT LYONNAIS,**<br>PARIS | 09100122053Y | CRL\ |
|  | ITALY<br>**BANCA NAZIONALE DEL LAVORO,**<br>ROME | 265208 | BNLI |
|  | NETHERLANDS<br>**ING BANK,**<br>AMSTERDAM | 50915134 | INGE |
|  | SPAIN<br>**BANCO POPULAR ESPANOL,**<br>MADRID | 6859-50311-4 | POP |
| GBP | UK<br>**LLOYD'S TSB BANK**<br>LONDON | 01021533 | LOYI<br>SC 3 |
| HKD | GERMANY<br>**DEUTSCHE BANK,** | 100 9473380 | DEU |

| | | | |
|---|---|---|---|
| | FRANKFURT | | |
| **HUF** | HUNGARY<br>**HVB HUNGARY RT,**<br>BUDAPEST | 10978001 | BAC: |
| **ISK** | ICELAND<br>**LANDSBANKI ISLANDS,**<br>REYKJAVIK | 010027091703 | LAIS |
| **JPY** | JAPAN<br>**MIZUHO CORPORATE BANK,**<br>TOYKO | 6397010 | MHC |
| **LTL** | LITHUANIA<br>**PAREX BANKAS,**<br>VILNIUS | 83001<br>code: 260101390 | INDU |
| **MTL** | MALTA<br>**BANK OF VALLETTA,**<br>VALETTA | 40011308010 | VALL |
| **NOK** | NORWAY<br>**SVENSKA HANDELSBANKEN,**<br>OSLO | 8396.02.03146 | HANI |
| **NZD** | NEW ZELAND<br>**BANK OF NEW ZEALAND,**<br>WELLINGTON | 222228-0000 | BKN: |
| **PLN** | POLAND<br>**BANK HANDLOWY W WARSZAWIE,**<br>WARSZAWA | 71044005 | CITIF |
| **SEK** | SWEDEN<br>**NORDEA BANK SWEDEN AB,**<br>STOCKHOLM | 39527701198SEK | NDE, |
| **SGD** | SINGAPORE<br>**SVENSKA HANDELSBANKEN,**<br>SINGAPORE | 101202 | HANI |
| **TRL** | TURKEY<br>**YAPI VE KREDI BANKASI AS,**<br>ISTANBUL | 671308060032034 | YAPI |
| **USD** | USA<br>**DEUTSCHE BANK TRUST COMPANY AMERICAS,**<br>NEW YORK | 04-407-692 | BKTI<br>FW C |
| | USA<br>**JP MORGAN CHASE BANK,**<br>NEW YORK | 400807572 | CHA: |
| | USA<br>**HARRIS BANK INTERNATIONAL,**<br>NEW YORK | 000020029869 | HA T |
| **ZAR** | SWITZERLAND<br>**UBS AG,**<br>ZURICH | 230-69159.71X (ZAR) | UBS' |

Copyright © 2000, Parex Bank. All rights reserved.