MICHAEL F. BACHNER, ESQ.
BACHNER & ASSOCIATES, P.C.
26 BROADWAY, SUITE 2310
NEW YORK, NEW YORK 10004
(212) 344-7778  - TELEPHONE
(212) 344-7774  - FACSIMILE
E-MAIL MB@BHLAWFIRM.COM
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------X

OSRECOVERY, INC. et.al.,

        Plaintiffs,                                       **NOTICE OF APPEARANCE**

                                                                                      02 Civ. 8993 (LAK)

ONE GROUPE INTERNATIONAL, INC., et.al.,

        Defendants.
-----------------------------------------------------------------------X

TO:    Clerk of the Court
         US Courthouse
         500 Pearl Street
         NY, NY 10007

Kindly enter my appearance as counsel for Plaintiffs in connection with the above-captioned matter. I certify that I was admitted to practice in this district on June 15, 1982.

Dated:        March 22, 2007

                                                                               Respectfully submitted,

                                                                                ------------------------------
                                                                               MICHAEL F. BACHNER, Esq.
                                                                               (MFB-7719)
                                                                               Bachner & Associates, PC
                                                                               26 Broadway, Suite 2310
                                                                               NY NY 10004
                                                                               Tel:  (212) 344-7778
                                                                               Fax:  (212) 344-7774