# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com

MICHAEL F. BACHNER*

DANIELLE L. ATTIAS
KEVIN T. O'BRIEN

*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

March 22, 2007

**BY HAND**
Honorable Lewis A. Kaplan
United States District Court Judge
US Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Oserecovery, Inc. et. al. v. One Groupe International, Inc. et. al.*

Dear Judge Kaplan:

Today, my office entered its appearance as Plaintiffs' counsel in the above-referenced-matter via ECF filing of a Notice of Appearance. I have enclosed a courtesy copy. Although I understand that the matter is stayed, I respectfully suggest that a conference might be in order. I left a message with Lawrence Newman, Esq. requesting that he supply me with his available dates.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael F. Bachner

Cc:   All Parties via ECF